UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:14-00104-18 |
| | ) | ALETA A. TRAUGER |
| | ) | Judge, U.S. District Court |
| DANIEL TAYLOR | ) | |

## DANIEL TAYLOR'S MOTION TO BE EXCUSED FROM STATUS CONFERENCE

**COMES** now counsel for the accused, **DANIEL TAYLOR**, and seeks leave of Court to be excused from the status conference scheduled for Friday, September 11, 2015, at 4:00 p.m. (DE 524). In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. Counsel is currently engaged in trial before the Honorable Chief Federal District Court Judge Kevin H. Sharp in the matter of *United States v. Aaron Osborne, 3:13-00125*.

2. The duration of that matter is anticipated to last well into the third week of September.

3. Consequently, counsel will be unavailable to appear on the scheduled date and time for the hearing in this matter.

4. Attorney James A. Simmons has agreed to stand in as counsel for Mr. Taylor in undersigned counsel's absence.

**WHEREFORE**, for the above and foregoing reason, it is respectfully prayed that this Honorable Court grant counsel leave to be excused from the status conference in this matter scheduled for Friday, September 11, 2015, at 4:00 p.m.